IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CASE NOS.: 1:12-CR-11 (WLS) |
| PRINCESS L. EATMON, | : | 1:12-CR-39 (WLS) |
| Defendant. | : | |

## ORDER

By July 18, 2014 letter, Defendant Princess L. Eatmon, who is serving prison sentences on two separate criminal cases, requests that the Court run her cases concurrent. The Court construes the letter as a motion for sentence modification. The Court, however, may not modify a term of imprisonment once it has been imposed except in limited circumstances. 18 U.S.C. § 3582(c). In this case, Eatmon has not satisfied—or even attempted to satisfy–any of the factors that would allow a sentence modification. *See id.* The Court therefore lacks jurisdiction to modify the sentence.

Eatmon's motion is **DENIED**.

**SO ORDERED**, this ___8th___ day of August, 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**

1